UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| E.S., by and through her parents and guardians, To.S. and Ti.S., individually, on behalf of similarly situated individuals, and derivatively on behalf of the MARSH & MCLENNAN COMPANIES HEALTH & WELFARE BENEFITS PROGRAM,<br><br>Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC. BENEFITS ADMINISTRATION COMMITTEE, THE MARSH & MCLENNAN COMPANIES HEALTH & WELFARE BENEFITS PROGRAM, MARSH & MCLENNAN COMPANIES, INC., AND AETNA LIFE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 2:17-cv-03351 (KSH) (CLW)<br><br>*Document filed electronically*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**THE ABOVE MATTER** having been resolved by and between the parties, it is therefore **STIPULATED**, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that this matter be and hereby is **DISMISSED WITH PREJUDICE** in its entirety. Each party is to bear its own costs and attorneys' fees.

| | |
|---|---|
| **DAVID TYKULSKER & ASSOCIATES**<br>By: __s/ David Tykulsker__<br>  David Tykulsker<br>  161 Walnut Street<br>  Montclair, New Jersey 07042<br>  Telephone: 973-509-9292<br>  Facsimile: 973-509-1181<br>  david@dtesq.com | **GIBBONS P.C.**<br>By: _s/ Mariellen Dugan__<br>  Mariellen Dugan<br>  Kevin H. Gilmore<br>  One Gateway Center<br>  Newark, New Jersey 07102-5310<br>  Telephone: 973-596-4500<br>  Facsimile: 973-596-0545<br>  MDugan@gibbonslaw.com<br>  KGilmore@gibbonslaw.com |

**SIRIANNI YOUTZ**
**SPOONEMORE HAMBURGER PLLC**
Richard E. Spoonemore, *admitted pro hac vice*
Eleanor Hamburger, *admitted pro hac vice*
3101 Western Avenue, Suite 350
Seattle, WA 98121
Telephone.: 206-223-0303
Facsimile: 206-223-0246
rspoonemore@sylaw.com
ehamburger@sylaw.com

*Attorneys for Plaintiff*

DATED: June 24, 2020

**BAKER BOTTS LLP**
Earl B. Austin, *admitted pro hac vice*
30 Rockefeller Plaza
New York, New York 10112

**BAKER BOTTS LLP**
Matthew G. Sheridan, *admitted pro hac vice*
910 Louisiana Street
Houston, Texas 77002

*Attorneys for Defendants*

DATED: June 24, 2020

SO ORDERED
HON. KATHARINE S. HAYDEN, U.S.D.J.

_____
JUNE 29, 2020